IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:13CR26 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ARTURO W. TORRES, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the joint oral motion to continue by the government and defendant Arturo W. Torres (Torres). The motion was made during a conference with the undersigned magistrate judge on March 20, 2015. The government was represented by Assistant U.S. Attorney Russell X. Mayer and Torres was represented by Dana C. Bradford, III. In order to allow time to explore alternate resolutions other than trial and to prepare for trial if such exploration is unsuccessful, the motion will be granted. No further continuances will be granted absent a showing by affidavit that the denial of such continuance would constitute a manifest injustice.

**IT IS ORDERED:**

1. The joint motion to continue trial is granted.

2. Trial of this matter is re-scheduled for **June 8, 2015,** before Senior Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **March 20, 2015, and June 8, 2015,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 20th day of March, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge